JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LENA L. MINASSIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:24-cv-05502-SB-E<br><br>**ORDER OF DISMISSAL** |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

Dated: February 10, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
Orange County

4934-2632-8343 v1                                                 1